# STATE OF NORTH CAROLINA

MECKLENBURG County

In The General Court Of Justice
☐ District  ☐ Superior Court Division

File No.

**Name Of Plaintiff**
JOSEPH EDWARD BORGESE

**Address**
617 McAlway Rd.

**City, State, Zip**
CHARLOTTE, NC 28211

VERSUS

**Name Of Defendant(s)**
COLUMBIA SPORTSWEAR COMPANY

## CIVIL SUMMONS
☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

G.S. 1A-1, Rules 3 and 4

**Date Original Summons Issued**

**Date(s) Subsequent Summons(es) Issued**

### To Each Of The Defendant(s) Named Below:

**Name And Address Of Defendant 1**
COLUMBIA SPORTSWEAR COMPANY
14375 Northwest Science Park Drive
PORTLAND, OREGON 97229

**Name And Address Of Defendant 2**

**IMPORTANT!** You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!

**¡IMPORTANTE!** ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!
Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!

### A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and
2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

**Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)**
617 McAlway Drive
Charlotte NC 28211

**Date Issued** 3.22.2021  **Time** 1:50  ☐ AM ☒ PM

**Signature**
☒ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court

☐ **ENDORSEMENT (ASSESS FEE)**
This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days.

**Date Of Endorsement**  **Time**  ☐ AM ☐ PM

**Signature**
☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court

**NOTE TO PARTIES:** Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.

AOC-CV-100, Rev. 4/18
© 2018 Administrative Office of the Courts
Side One Copy - Side Two Not Reproduced

State of North Carolina

County of Mecklenburg

Joseph Edward Borgese Plaintiff Vs Columbia Sportswear Company

## Complaint

(Jury Trial Requested)

Now comes the plaintiff, by and through an action acting pro se without council of record.

(1) Plaintiff is a resident in Mecklenburg County, North Carolina.

(2) Plaintiff received a Columbia Sportswear, Inc Men's Mountain Full Zip 2.0 Black Fleece Jacket in December of 2019 as a gift from Monica Liagkas. Miss Liagkas purchased the jacket at Marshalls, 282 S Sharon Amity Rd, Charlotte, NC 28211.

(3) Upon information and belief, the defendant Columbia Sportswear Company is a publicly traded company located in Washington County, 14375 NW Science Park Drive, Portland, Oregon 97229. Columbia Sportswear Company is a brand of apparel merchandising products through retail outlets and online marketing.

(4) Upon information and belief, Columbia Sportswear Company uses Marshalls retail outlets to liquidate, and/or discount products which may or may not be defective.

(5) Upon information and belief, Columbia Sportswear Company sold the jacket, subject of this complaint, at the Marshalls located at 282 S Sharon Amity Rd, Charlotte, NC 28211.

(6) The incident of this subject occurred on December 2nd, 2020 at 617 McAlway Rd, Charlotte, NC 28211.

(7) The subject matter of this dispute involves a zipper attached to the jacket which penetrated the plaintiffs eyelid causing damage and bodily injury to the plaintiff. Photographs that were taken by the Charlotte Emergency Services are attached hereto as Exhibit A.

(8) The injury to the plaintiff occurred in the early morning of December 2nd, 2020 prior to the plaintiffs morning exercise while attempting to put on the jacket.

(9) The zipper attached to the jacket became entrapped in the plaintiffs right eyelid.

(10) The plaintiff could not remove the zipper and attempted tp seek assistance from the next door neighbor to the right of his personal residence.

(11) The plaintiff was refused assistance from the neighbor, but he instead called 911 for professional assistance.

(12) The Charlotte Fire Department was the first emergency responder to arrive to 617 McAlway Rd, Charlotte, NC 28211.

(13) The Charlotte Fire Department refused to assist with the plaintiffs' injury.

(14) The paramedics arrived approximately five minutes thereafter to disengage the zipper from the plaintiffs' right eyelid.

(15) The paramedics took photographs (see exhibit A) and offered to take the plaintiff directly to the hospital for further evaluation.

(16) The plaintiff denied the request of the EMT and elected to contact Carmel Family Physician for immediate evaluation.

(17) The plaintiff attempted to notify the defendant, known as Columbia Sportswear Company, of potential product defects which caused injury to the plaintiff, and may cause injury to others (see correspondence known as Exhibit B.)

(18) The defendant, known as Columbia Sportswear Company, failed to fulfill its corporate obligation to protect consumers by failing to respond in a timely manner this complaint.

(19) The defendant, Columbia Sportswear Company, attempted to retain third-party agents to fulfill its corporate obligation, while investigating an incident which caused bodily injury.

(20) The Defendant, Columbia Sportswear Company, has never had an employee nor a known member of the North Carolina Bar contact the plaintiff regarding the injury sustained in this complaint.

(21) Upon information and belief, at all relevant times, the fleece jacket was a hazard and should have been disposed instead of being merchandised and sold to the public at the retailer known as Marshalls.

(22) Upon information and belief, plaintiff treated the injury sustained as documented in a video provided in several parts taken from the plaintiffs' mobile phone's recordings.

(23) The video of the plaintiffs' injuries has been sent by electronic mail to the defendants' agents.

(24) Agents of the defendant requested photos and/or possession of the zipper, subject to this complaint.

(25) Agents denied negligence and consumer product defects for the plaintiffs injuries prior to the recovery and analysis of the zipper, which caused bodily injury to the plaintiff.

(26) As a result of the defendants' action and inaction, the plaintiff has beeb damaged through pain and suffering in **excess of $25,000.**

Count 1

Negligence As To The Defendant

(27) The plaintiff incorporates by reference the allegations continued in all other paragraphs in this complaint as it fully set forth herein.

(28) At all relevant times, the defendant had a corporate duty to its customers to insure the safety of its products.

(29) At all relevant times, the defendant had an obligation to respond to injuries from its publicized warranty of its products.

(30) The defendant is negligent in the following respects:

    (a) failed to respond to a consumer injured by the defendants' product.

    (b) failed to compensate consumer for injuries sustained while attempting to wear its product.

    (c) failed to honor its warranty.

    (d) failed to obtain opinions regarding the safety and efficiency of the zipper.

    (e) failed to notify the general public of a potential defect with its products.

(f) failed to heed the warning of the text notification to its customer service department.

(g) failed to investigate medical damages alleged by the plaintiff from trained medical professionals

(h) failed to replace damaged merchandise subject of this complaint

(i) failed to properly examine the warranty of the product destroyed to treat plaintiffs' injuries by emergency responders.

(j) and all other identifying factors in Exhibits A and B attached to this complaint

(k) and all other identifying factors in the video of the events following the incident which is currently in the defendants' agents possession.

(31) The full scope of damages to the plaintiff's injuries is undefined to assess a monetary value.

## Count II

## Gross Negligence

(32) Plaintiff incorporates by reference the allegations contained in all other paragraphs in this complaint as if fully set forth herein.

(33) The acts of the defendant, as described above, were willful and wanton or in total disregard for the safety of the plaintiff or other consumers.

(34) Specifically, the defendant was made aware of the safety concerns of its product on December 2nd, 2020. The defendant ignored multiple requests for assistance when put on notice of injury.

(35) The product should have been destroyed or disposed if sold at a reduced price from other retailers.

(36) The plaintiff is entitled to a recovery of general damages resulting from pain and suffering in excess of $25,000.

Wherefore, plaintiff prays that they recover and obtain the following from the defendant:

1. Compensatory and exemplary damages in amount to be determined by a jury.
2. All issues so triable be tried by a jury.
3. Costs interest and attorneys fees as provided by law; and
4. Any other relief which this court deems just and proper.

This is the 19th of March, 2021

Joseph Edward Borgese

Pro Se

704-913-3585

617 McAlway Rd

Charlotte, NC 28211

2joeborgese@gmail.com



EXIBIT A



Columbia ✓

Tap to Load Preview

columbia.com >

Or you can contact our warranty department directly:
Phone: (800) 622-6953 - press 3
M-F: 8am - 5pm PST

Were we able to solve your question?

Please provide the link

Delivered

If your issue persists, you can chat with a live advisor Mon-Fri from 5:00am to 9:00pm PT, Sat-Sun from 6:00am to 7:00pm PT. We look forward to chatting with y

Have a good rest of your day!

  Message Columbia 



**Columbia**
Columbia ✓

Mon, Jan 11, 9:17 PM

Shantel_G will help you now

Tue, Jan 12, 9:25 AM

Hello, I have a defective jacket bought at Marshalls

Use the link below to check whether your product is covered under warranty.

Tap to Load Preview

columbia.com >

Or you can contact our warranty department directly:
Phone: (800) 622-6953 - press 3
M-F: 8am - 5pm PST

Were we able to solve your question?

  Message Columbia 

8:06


Columbia

closed. You can keep sending messages to clarify your issue and one of our Advisors will get back to you during our open hours:
Mon-Fri 5:00 AM – 9:00 PM PT
Sat-Sun 6:00 AM - 7:00 PM PT

> I have a defective jacket mountain steens fleece jacket purchased men's size large purchased at Marshalls in December 2019 . The zipper is defective

> I have made multiple attempts to resolve this matter but have been redirected and ignored . Please respond ASAP thank you .

Fri, Jan 8, 3:06 PM

> Hello

  Message Columbia 



**Columbia**

Thu, Dec 3, 7:28 AM

Please contact me ASAP

Fri, Jan 8, 6:11 AM

Good morning, I have a defective jacket to discuss

I'm not able to help you with that at this time.

Please wait while I transfer you to an available advisor.

Feel free to keep sending messages to clarify your issue and one of our advisors will respond to you when they are available.

I'd like to transfer you, but our chat team is currently closed. You can keep sending messages to clarify your issue and one of our Advisors will get back to you during our open hours:



**Columbia** ✓

in the eyelid is unprecedented, He also recommended on this video that " I would definitely file a complaint ". - my goal is to put this experience behind me. Please contact me!

Wed, Dec 2, 11:43 AM

I would recommend you put a public release to all consumers not to zip merchandise over their face to cover nose and mouth to protect against Covid.

Wed, Dec 2, 12:54 PM

I need a response, first communication was 4 hours ago

Wed, Dec 2, 5:58 PM

I just left doctor s office please contact me

  Message Columbia 



Columbia ✓

I am meeting seeking medical assistance today at 4 . I declined ER assistance and made an appointment with family doctor to examine eye and prescribe anxiety ; and or pain medication . Please note my immediate neighbors contacted 911 for assistance .

I will be taking time off work for recuperation .

I expect an immediate response . My concern is that Columbia maybe selling defective products to outlet stores , which may or may not cause others personal injury. Also , there may be some culpability from the zipper manufacturer .

Product appears to be mountain steens fleece

  Message Columbia 





The attachment 62860758271__23D86543-728F-48DC-8105-649CB6769A40.mov (video/quicktime) of size 136262 was discarded due to type, columbia only allows the following content types and sizes: image/jpeg <= 5mb, image/png <= 5mb

  Message Columbia 





quicktime) of size 991909 was discarded due to type, columbia only allows the following content types and sizes: image/jpeg <= 5mb, image/png <= 5mb

I attempted to send a photo taken by the EMT - please let me know where to forward photo for resolution. The emt had to cut the jacket







Columbia
Columbia

> The product was bought at Marshall's at a discount - apprently it was defective

> My eye is swollen and vision is still blurred . The fire department police and e m t were all dispatched to 617 McAlway rd Charlotte Nc 28211

> I have made a video to share .





Message Columbia



Columbia
Columbia ✓

Wed, Dec 2, 8:07 AM

Hello!— I just had one of your zippers stuck in my eye lid removed by an ambulance

Which do you want to explore: sizing or other product details?

Other product details

Please wait while I transfer you to an available advisor.

Feel free to keep sending messages to clarify your issue and one of our advisors will respond to you when they are available.

The product was bought at Marshall's at a discount - apprently it was defective

My eye is swollen and vision is still blurred . The fire department police and e m t

  Message Columbia