UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:21-cv-00197-FDW-DCK

| | |
|---|---|
| JOSEPH EDWARD BORGESE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> COLUMBIA SPORTSWEAR COMPANY, ) <br> ) <br> Defendant. ) <br> ) | ORDER |

THIS MATTER is before the Court on several motions of the parties (Doc. Nos. 9, 11, 12, 15). The gravamen of these motions is that dismissal of this action is appropriate, albeit the parties disagree whether it should be with or without prejudice. In the latest filing, Plaintiff, who appears pro se, clearly asks this Court to "to either dismiss his action without prejudice or allow the Plaintiff pro se to refile this case . . . ." (Doc. No. 15, p. 1).

IT IS THEREFORE ORDERED that pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court GRANTS Plaintiff's motion (Doc. No. 15) and DISMISSES this case WITHOUT PREJUDICE. The Clerk is directed to terminate all other motions as moot and CLOSE THE CASE.

IT IS SO ORDERED.

Signed: July 20, 2021

Frank D. Whitney
United States District Judge

1